No. 91–6744. LEACH v. IOWA DISTRICT COURT FOR POLK COUNTY. Sup. Ct. Iowa. Certiorari denied.

No. 91–6746. STEADING v. THOMPSON ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–6747. MORRIS v. UNIVERSITY OF ARKANSAS ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–6748. McGORE v. GEARIN ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–6749. NORTON v. MYERS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 91–6753. MILBURN v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 91–6754. MARTIN v. LARSON ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–6755. PECORARO v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 91–6756. MYERS v. BORG, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–6759. MUSSES-TORRES ET AL. v. PEREZ-MATOS ET AL. Sup. Ct. P. R. Certiorari denied.

No. 91–6760. RESTREPO ET UX. v. FIRST NATIONAL BANK OF DONA ANA COUNTY, NEW MEXICO. C. A. 5th Cir. Certiorari denied.

No. 91–6761. RESTREPO ET UX. v. FIRST NATIONAL BANK OF DONA ANA COUNTY, NEW MEXICO. C. A. 5th Cir. Certiorari denied.

No. 91–6764. AGE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–6765. HALSEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.